UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KATHLEEN S. FAHERTY,

    Plaintiff

v.                                                                                          CASE NO.  3:21-CV-00635(KAD)

D&A SERVICES, LLC, JOHN DOES 1-25,

    Defendants.

## **JUDGMENT**

This matter came on before the Honorable Kari A. Dooley, United States District Judge, as a result of the Defendant's Motion for to Dismiss [Doc. #7].

The Court has considered the full record of the case including applicable principles of law. On August 23, 2021, the Court issued a ruling granting the Defendant's Motion. It is therefore;

ORDERED, ADJUDGED and DECREED that judgment shall enter in favor of D&A Services, LLC, and against Kathleen S. Faherty and the case is closed.

Dated at Bridgeport, Connecticut this 24th of August 2021.

                                                                           ROBIN D. TABORA, Clerk

                                                                           By <u>/s/ Kristen Gould</u>
                                                                                Kristen Gould
                                                                                Deputy Clerk

Entered on the Docket <u>8/24/2021</u>